
JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JENNIFER M. PORTER, CASB No. 261508
jennifer.porter@kyl.com
JESSICA LUHRS, CASB No. 284846
jessica.luhrs@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Ave
San Francisco, California 94133
Telephone:  (415) 398-6000
Facsimile:  (415) 981-0136

Attorneys for Plaintiff
STX PAN OCEAN CO. LTD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STX PAN OCEAN CO. LTD., <br><br>　　　　　　　　　Plaintiff, <br><br>　vs. <br><br>DYNAMIC INFLUENCE SHIPPING S.A.; CIDO HOLDING COMPANY; CIDO SHIPPING (HK) CO. LTD.; CIDO HOLDING CO., <br><br>　　　　　　　　　Defendants. | Case No. 13-3691 PJH <br><br> **IN ADMIRALTY** <br><br> **[PROPOSED] ORDER AUTHORIZING PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** <br><br> **[F.R.C.P. SUPPLEMENTAL ADMIRALTY RULE B]** |

　　　　WHEREAS, on August 8, 2013, Plaintiff STX PAN OCEAN CO. LTD. ("Plaintiff"), by and through its counsel of record, filed a Verified Complaint seeking attachment of the MV BUM EUN in the amount of US $28,957,456.67 pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

　　　　WHEREAS, the Process of Maritime Attachment and Garnishment would command the United States Marshal or other designated process server to attach the MV BUM EUN; and

　　　　WHEREAS, the Court has reviewed the Plaintiff's Verified Complaint for Maritime Attachment and the Declarations of John D. Giffin and Jennifer Miranda filed concurrently herewith and finds that the conditions for a maritime attachment and garnishment pursuant to Rule B of the

1  Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions appears to exist
2  this 8th day of August 2013, by the United States District Court for the Northern District of
3  California; the Court hereby:

4      **ORDERS** the Clerk to issue Process of Maritime Attachment and Garnishment
5  pursuant to Rule B directing the United States Marshal for the Northern District of California to
6  proceed with all deliberate speed and attach all property, specifically the MV BUM EUN IMO
7  Number 9304332 currently berthed within this District in Richmond, California, belonging to
8  Defendants DYNAMIC INFLUENCE SHIPPING S.A., CIDO TANKER HOLDING COMPANY,
9  CIDO SHIPPING (HK) CO. LTD., and CIDO HOLDING CO. in an amount up to USD
10 $28,957,456.67 pursuant to Rule B; and

11     **ORDERS** that once the United States Marshal has attached the MV BUM EUN, the
12 United States Marshal shall relinquish control of the vessel to any substitute custodian appointed by
13 this Court; and

14     **ORDERS**, that the United States Marshal and/or substitute custodian appointed by this
15 court is authorized to allow the MV BUM EUN to conduct normal cargo operations, both discharging
16 and loading, repair works, and to shift berths (consistent with the United States Marshal's
17 requirements), always remaining within this judicial district, and always at the risk and expense of the
18 vessel's interests; and

19     **ORDERS** that any property, specifically the MV BUM EUN attached pursuant to this
20 Order, may be released from seizure without the necessity of further orders of this Court, provided that
21 the Marshal and any court appointed substitute custodian, receives written authorization to do so from
22 the attorney who requested the attachment and garnishment, stating that he has conferred with all
23 attorneys representing parties to the litigation, and they consent to the request for the release, and also
24 provided that the Court has not entered any subsequent orders modifying this arrangement for the
25 release of the property which was attached pursuant to this Order; and

26     **ORDERS** that any person claiming an interest in the property attached or granted
27 pursuant to this Order, upon application of the Court, be entitled to a prompt hearing in which Plaintiff
28 shall be required to show why the attachment or garnishment should not be vacated or other relief

granted; and

**ORDERS** that the Clerk of the Court shall issue further, supplementary process of maritime attachment and garnishment, on request of the Plaintiff and without further order of this Court; and

**ORDERS** that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

SIGNED at __Oakland_____, California this __9th____ day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*