```
 1 | JOHN D. GIFFIN, CASB No. 89608
   | john.giffin@kyl.com
 2 | JENNIFER M. PORTER, CASB No. 261508
   | jennifer.porter@kyl.com
 3 | JESSICA LUHRS, CASB No. 284846
   | jessica.luhrs@kyl.com
 4 | KEESAL, YOUNG & LOGAN
   | A Professional Corporation
 5 | 450 Pacific Ave
   | San Francisco, California  94133
 6 | Telephone:     (415) 398-6000
   | Facsimile:     (415) 981-0136
 7 |
   | Attorneys for Plaintiff
 8 | STX PAN OCEAN CO. LTD
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| STX PAN OCEAN CO. LTD. , | ) Case No. CaseNumber |
|---|---|
| Plaintiff, | ) **IN ADMIRALTY** |
| vs. | ) **ORDER TO U.S. MARSHAL REGARDING PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** |
| DYNAMIC INFLUENCE SHIPPING S.A.; CIDO HOLDING COMPANY; CIDO SHIPPING (HK) CO. LTD.; CIDO TANKER HOLDING CO. , | ) |
| Defendants. | |

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

**TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA – Greetings:**

WHEREAS, a Verified Complaint has been filed in the United States District Court for the Northern District of California on the 8th of August 2013 by:

STX PAN OCEAN CO. LTD., Plaintiff, vs. DYNAMIC INFLUENCE SHIPPING S.A.; CIDO HOLDING COMPANY; CIDO SHIPPING (HK) CO. LTD.; and CIDO HOLDING CO.,

1  Defendants in certain action for breach of a maritime contract and failure to pay or otherwise secure
2  claims and damages due and owing to the said Plaintiff in the amount of US $28,957,456.67 and
3  praying for Process of Maritime Attachment and Garnishment against the said Defendants, and
4      WHEREAS, this process is issued pursuant to such prayer and requires that each
5  garnishee shall serve its answer within twenty (20) days after service of process upon them and
6  requires that Defendants shall serve their answer within thirty (30) days after process has been
7  executed whether by attachment of property or service on the garnishee.
8      NOW, THEREFORE, we do hereby command you to attach goods and chattels to the
9  amount sued for; and if such property cannot be found that you attach credits and effects to the amount
10  sued for; in the hands of the garnishees in this District including, but not limited to: the MV BUM
11  EUN and/or any other property in whatever form belonging to the Defendants in this District and to
12  hold such property in your custody or substitute custodian's custody as the Court may further order.
13
14      SIGNED at __Oakland_____, California this __9th____ day of
15  August, 2013.

    _____
    UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton