HOLLAND & KNIGHT LLP
Matthew P. Vafidis (California Bar # 103578)
Adanna M. Love (California Bar # 280538)
50 California Street, Suite 2800
San Francisco, California 94111
Telephone: 415.743.6900
Fax: 415.743.6910
matthew.vafidis@hklaw.com
adanna.love@hklaw.com

Attorneys for Defendants
DYNAMIC INFLUENCE SHIPPING S.A.;
CIDO TANKER HOLDING COMPANY;
CIDO SHIPPING (HK) CO. LTD.; and
CIDO HOLDING CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STX PAN OCEAN CO. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> DYNAMIC INFLUENCE SHIPPING S.A.; CIDO SHIPPING (HK) CO. LTD.; CIDO TANKER HOLDING COMPANY; and CIDO HOLDING CO., <br><br> Defendants. | Case No.: CV-13-3691-PJH <br><br><br> **INTERIM REPORT** <br> **TO COURT** <br> **RE: STATUS OF MATTER** |

Upon the stipulation of the parties, this action was stayed by Order of this Court on October 24, 2013 (Doc. #27.) A Case Management Conference is set for November 13, 2014, and the parties will file a Joint Case Management Statement by November 6, 2014 (Doc. #28.) To assist the Court and the Plaintiff, and <u>not as a substitute for filing the Joint Case Management Conference statement as ordered</u>, counsel for Defendants DYNAMIC INFLUENCE SHIPPING S.A., CIDO SHIPPING (HK) CO. LTD., CIDO TANKER HOLDING COMPANY, and CIDO HOLDING CO. (collectively "Defendants") submit the following statement as to the status of the matter.

This action was commenced on August 8, 2013 to obtain security for a series of maritime claims of Plaintiff STX PAN OCEAN CO. LTD. ("Plaintiff.") Those claims, which are subject to arbitration in London, relate to 8 vessels which were under charter to Plaintiff, but were withdrawn from the charters in June and July 2013 following Plaintiff's non-payment of charter hire and repudiation of the charters.

Pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims, on August 9, 2013, this Court issued process of maritime attachment of one of those vessels in the district, the BUM EUN, which was thereafter attached. On August 16, 2013, Defendants paid the sum of $30 million into this Court's registry and the BUM EUN was released from attachment. Defendants filed their answer to the Complaint on September 12, 2013.

In October 2013, Plaintiff commenced the arbitration of the underlying claims in London. Thereafter, on October 23, 2013, Plaintiff and Defendants stipulated to a proposed order staying this action for a year, which order was granted on October 24, 2013 (Doc. #27.)

The London arbitration has now been set for hearings on dates during the period October 1-8, 2014.

Dated: June 3, 2014                HOLLAND & KNIGHT LLP


                                         /s/ Matthew P. Vafidis
                                   Matthew P. Vafidis
                                   Adanna M. Love

                                   Attorneys for Defendants
                                   DYNAMIC INFLUENCE SHIPPING S.A.,
                                   CIDO SHIPPING (HK) CO. LTD., CIDO TANKER
                                   HOLDING COMPANY, and CIDO HOLDING CO.