HOLLAND & KNIGHT LLP
Matthew P. Vafidis (California Bar # 103578)
Adanna M. Love (California Bar # 280538)
50 California Street, Suite 2800
San Francisco, California  94111
Telephone: 415.743.6900
Fax: 415.743.6910
matthew.vafidis@hklaw.com
adanna.love@hklaw.com

Attorneys for Defendants
DYNAMIC INFLUENCE SHIPPING S.A.;
CIDO TANKER HOLDING COMPANY;
CIDO SHIPPING (HK) CO. LTD.; and
CIDO HOLDING CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STX PAN OCEAN CO. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> DYNAMIC INFLUENCE SHIPPING S.A.; CIDO SHIPPING (HK) CO. LTD.; CIDO TANKER HOLDING COMPANY; and CIDO HOLDING CO., <br><br> Defendants. | Case No.: CV-13-3691-PJH <br><br> **STIPULATION OF PLAINTIFF AND DEFENDANTS, AND PROPOSED ORDER RE: REDUCTION IN AND <u>PARTIAL RELEASE OF SECURITY</u>** |

WHEREAS, on August 16, 2013, Defendants DYNAMIC INFLUENCE SHIPPING S.A., CIDO SHIPPING (HK) CO. LTD., CIDO TANKER HOLDING COMPANY, and CIDO HOLDING CO. (collectively "Defendants") submitted security in the amount of Thirty Million Dollars Only ($30,000,000) to the Clerk of Court on behalf of the Defendants and each of them pursuant to the Amended Stipulation Regarding Security and Release of Property from Seizure and Order (Dkt. No. 18).

1    IT IS HEREBY STIPULATED by and between Plaintiff STX PAN OCEAN CO. LTD. ("Plaintiff"), and each of the Defendants, by and through their respective counsel of record, that, subject to this Court's approval:

    1.    The said security, as specified above and given as aforesaid, be reduced from Thirty Million Dollars Only ($30,000,000) to Twenty-Five Million Dollars Only ($25,000,000).

    2.    The Clerk of Court is hereby ordered and shall immediately release from the security held in the Court's registry in this action the amount of Five Million Dollars Only ($5,000,000). By this filing, the Defendants and each of them, request that this sum be released on behalf of the Defendants and each of them, to the law firm of Holland & Knight LLP, in Trust. The Defendants and each of them hereby request that any interest that has accrued to-date on the security remain in the Court's registry.

    3.    The reduction of security as specified and as aforesaid shall be without prejudice to, and shall not be deemed a waiver, in whole or in part, of the right of Plaintiff and Defendants DYNAMIC INFLUENCE SHIPPING S.A., CIDO SHIPPING (HK) CO. LTD., CIDO TANKER HOLDING COMPANY, and CIDO HOLDING CO., and each of them, to pursue any claims and defenses, on any grounds whatsoever, which right is expressly reserved. Each party reserves its right to contest any such claim and defense.

    4.    All rights reserved in the Amended Stipulated Order dated August 16, 2013 (Dkt. No. 18) and all other terms and conditions of that stipulation remain in full force and effect with the exception that the amount stated in paragraph 10(a) of that Order be amended to read "US$ 25 million".

    SO STIPULATED.

Dated:  September 16, 2014        KEESAL, YOUNG & LOGAN

                                    /s/ Jessica Luhrs
                                  John Giffin
                                  Jessica Luhrs
                                  Attorneys for Plaintiff
                                  STX PAN OCEAN CO. LTD.

| | | |
|---|---|---|
| 1 | Dated:  September 16, 2014 | HOLLAND & KNIGHT LLP |
| 2 | | |
| 3 | | /s/ Matthew P. Vafidis<br>Matthew P. Vafidis<br>Adanna M. Love |
| 4 | | Attorneys for Defendants<br>DYNAMIC INFLUENCE SHIPPING S.A., |
| 5 | | CIDO SHIPPING (HK) CO. LTD., CIDO TANKER<br>HOLDING COMPANY, and CIDO HOLDING CO. |

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

Dated:  September ___, 2014                    _____

United States District Judge

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910

#32729229_v1                                          - 3 -
STIPULATION AND ORDER RE: SECURITY                              Case No.: CV-13-3691-PJH