HOLLAND & KNIGHT LLP
Matthew P. Vafidis (California Bar # 103578)
Adanna M. Love (California Bar # 280538)
50 California Street, Suite 2800
San Francisco, California 94111
Telephone: 415.743.6900
Fax: 415.743.6910
matthew.vafidis@hklaw.com
adanna.love@hklaw.com

Attorneys for Defendants
DYNAMIC INFLUENCE SHIPPING S.A.;
CIDO TANKER HOLDING COMPANY;
CIDO SHIPPING (HK) CO. LTD.; and
CIDO HOLDING CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STX PAN OCEAN CO. LTD., | Case No.: CV-13-3691-PJH |
| Plaintiff, | |
| vs. | **STIPULATION OF PLAINTIFF AND DEFENDANTS, AND ~~PROPOSED~~ ORDER RE: REDUCTION IN AND PARTIAL RELEASE OF SECURITY** |
| DYNAMIC INFLUENCE SHIPPING S.A.; CIDO SHIPPING (HK) CO. LTD.; CIDO TANKER HOLDING COMPANY; and CIDO HOLDING CO., | |
| Defendants. | |

WHEREAS, on August 16, 2013, Defendants DYNAMIC INFLUENCE SHIPPING S.A., CIDO SHIPPING (HK) CO. LTD., CIDO TANKER HOLDING COMPANY, and CIDO HOLDING CO. (collectively "Defendants") submitted security in the amount of Thirty Million Dollars Only ($30,000,000) to the Clerk of Court on behalf of the Defendants and each of them pursuant to the Amended Stipulation Regarding Security and Release of Property from Seizure and Order (Dkt. No. 18).

#32729229_v1
STIPULATION AND ORDER RE: SECURITY                                    Case No.: CV-13-3691-PJH

IT IS HEREBY STIPULATED by and between Plaintiff STX PAN OCEAN CO. LTD. ("Plaintiff"), and each of the Defendants, by and through their respective counsel of record, that, subject to this Court's approval:

1. The said security, as specified above and given as aforesaid, be reduced from Thirty Million Dollars Only ($30,000,000) to Twenty-Five Million Dollars Only ($25,000,000).

2. The Clerk of Court is hereby ordered and shall immediately release from the security held in the Court's registry in this action the amount of Five Million Dollars Only ($5,000,000). By this filing, the Defendants and each of them, request that this sum be released on behalf of the Defendants and each of them, to the law firm of Holland & Knight LLP, in Trust. The Defendants and each of them hereby request that any interest that has accrued to-date on the security remain in the Court's registry.

3. The reduction of security as specified and as aforesaid shall be without prejudice to, and shall not be deemed a waiver, in whole or in part, of the right of Plaintiff and Defendants DYNAMIC INFLUENCE SHIPPING S.A., CIDO SHIPPING (HK) CO. LTD., CIDO TANKER HOLDING COMPANY, and CIDO HOLDING CO., and each of them, to pursue any claims and defenses, on any grounds whatsoever, which right is expressly reserved. Each party reserves its right to contest any such claim and defense.

4. All rights reserved in the Amended Stipulated Order dated August 16, 2013 (Dkt. No. 18) and all other terms and conditions of that stipulation remain in full force and effect with the exception that the amount stated in paragraph 10(a) of that Order be amended to read "US$ 25 million".

SO STIPULATED.

Dated: September 16, 2014        KEESAL, YOUNG & LOGAN

                                   /s/ Jessica Luhrs
                                 John Giffin
                                 Jessica Luhrs
                                 Attorneys for Plaintiff
                                 STX PAN OCEAN CO. LTD.

1 | Dated:   September 16, 2014        HOLLAND & KNIGHT LLP

     /s/ Matthew P. Vafidis
    Matthew P. Vafidis
    Adanna M. Love
    Attorneys for Defendants
    DYNAMIC INFLUENCE SHIPPING S.A.,
    CIDO SHIPPING (HK) CO. LTD., CIDO TANKER
    HOLDING COMPANY, and CIDO HOLDING CO.

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

Dated:  September 17, 2014        _____
                                   United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900
Fax: (415) 743-6910