JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JENNIFER M. PORTER, CASB No. 261508
jennifer.porter@kyl.com
JESSICA LUHRS, CASB No. 284846
Jessica.luhrs@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Ave.
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Plaintiff STX PAN OCEAN CO. LTD

HOLLAND & KNIGHT LLP
Matthew P. Vafidis (California Bar # 103578)
Adanna M. Love (California Bar # 280538)
50 California Street, Suite 2800
San Francisco, California 94111
Telephone: 415.743.6900
Facsimile:   415.743.6910
matthew.vafidis@hklaw.com
adanna.love@hklaw.com

Attorneys for Defendants DYNAMIC INFLUENCE SHIPPING S.A.;
CIDO TANKER HOLDING COMPANY; CIDO SHIPPING (HK)
CO. LTD.; and CIDO HOLDING CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STX PAN OCEAN CO. LTD., | Case No.: CV-13-3691-PJH |
| Plaintiff, | ORDER ON |
| vs. | **STIPULATION OF DISMISSAL OF ACTION, WITH PREJUDICE, BY PLAINTIFF; AND STIPULATION FOR AND PROPOSED ORDER FOR FULL RELEASE OF SECURITY** |
| DYNAMIC INFLUENCE SHIPPING S.A.; CIDO SHIPPING (HK) CO. LTD.; CIDO TANKER HOLDING COMPANY; and CIDO HOLDING CO., | Rule 41(a)(1)(A)(ii), Fed. R.Civ.P. |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff STX PAN OCEAN CO. LTD. ("Plaintiff") and Defendants DYNAMIC INFLUENCE SHIPPING S.A., CIDO SHIPPING (HK) CO. LTD., CIDO TANKER HOLDING COMPANY, and CIDO HOLDING CO. (collectively "Defendants"), and each of them, by and through their respective counsel of record, as follows:

WHEREAS,

1.  This action was filed on August 8, 2013.

2.  In its Verified Complaint herein, (Doc.#1), Plaintiff applied for a writ of maritime attachment, pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("the Supplemental Rules") to attach the M.V. BUM EUN, then within this district. On August 9, 2013, this Court issued an Order Authorizing Process of Maritime Attachment and Garnishment, Process of Maritime Attachment and Garnishment and an Order to the U.S. Marshal Regarding Process of Maritime Attachment and, thereafter, the M.V. BUM EUN was seized or attached within this district, pursuant to Rule B and the said Orders.

3.  On August 16, 2013, Plaintiff and Defendants, by and through their respective counsel of record herein, filed a stipulation in this action agreeing, upon certain terms and conditions set forth therein, that, pursuant to Rule E(5)(a) of the Supplemental Rules, a deposit of security may be made on behalf of Defendants in the amount of Thirty Million Dollars Only ($30,000,000) to the Clerk of Court for deposit into the Court's registry, and that upon the giving of the said security, Plaintiff would immediately obtain the release of the M.V. BUM EUN from seizure without the necessity of any further order from this Court (Doc.#18.)

4.  On August 16, 2013, in accordance with the Court's Order approving the said stipulation, Defendants' counsel paid Thirty Million Dollars Only ($30,000,000), in the form of a check drawn on its Client Trust Account, to the Clerk of Court for deposit into the Court's registry. Thereafter, Plaintiff's counsel obtained the release of the M.V. BUM EUN from attachment.

5.  In October 2013, Plaintiff commenced arbitration in London of the claims against Defendants that are the subject of this action. On October 23, 2013, Plaintiff and Defendants submitted a stipulation to this Court requesting an Order staying this action for a year (Doc. #26), which order was granted by this Court on October 24, 2013 (Doc. #27.)

//

6. On September 17, 2014, Plaintiff and Defendants, by and through their respective counsel of record, filed a stipulation, under the terms and conditions set forth therein, requesting an Order for the partial release of the security, specifically that the Clerk of Court release from its registry the amount of Five Million Dollars Only ($5,000,000), which Order was granted by this Court on September 17, 2014 (Doc. #31.)

7. On September 24, 2014, Defendants' counsel received the funds released from the Court's registry in the form of a check in the amount of Five Million Dollars Only ($5,000,000), and submitted to the Court an acknowledgement of the receipt of the said payment.

8. As of September 24, 2014, the amount of security deposited in the Court's registry in connection with this action was and is Twenty Five Million Dollars Only ($25,000,000), plus any accrued interest.

IT IS HEREBY STIPULATED that:

1. Plaintiff and Defendants have concluded a full and final settlement of the disputes that are and were the subject of the arbitration in London and the subject of the Verified Complaint in this action.

2. Pursuant to the said settlement agreement, Plaintiff has agreed to dismiss this action with prejudice and without award of costs or fees to any party.

3. Accordingly, Plaintiff hereby voluntarily dismisses this action with prejudice, and without costs or fees to any party; Defendants, and each of them, hereby agree to the said dismissal of this action.

4. Said dismissal is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

5. Plaintiff and Defendants hereby jointly request an Order be issued by the Court that, the Clerk of the Court be ordered to, and shall immediately, release the full amount of the security held in the Court's registry, in the amount of Twenty Five Million Dollars Only ($25,000,000), plus accrued interest, and that this sum be released to the law firm of Holland &Knight LLLP, in Trust, on behalf of the Defendants and each of them.

//

//

- 3 -

STIPULATION RE: DISMISSAL AND RELEASE OF SECURITY   Case No.: CV-13-3691-PJH

SO STIPULATED.

Dated:  September 29, 2014                     KEESAL, YOUNG & LOGAN

    /s/ Jessica Luhrs
John Giffin
Jessica Luhrs
Attorneys for Plaintiff
STX PAN OCEAN CO. LTD.

Dated:  September 29, 2014                     HOLLAND & KNIGHT LLP

    /s/ Matthew P. Vafidis
Matthew P. Vafidis
Adanna M. Love
Attorneys for Defendants
DYNAMIC INFLUENCE SHIPPING S.A.,
CIDO SHIPPING (HK) CO. LTD., CIDO TANKER
HOLDING COMPANY, and CIDO HOLDING CO.

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.

Dated: September 30 , 2014

United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

- 4 -
STIPULATION RE: DISMISSAL AND RELEASE OF SECURITY           Case No.: CV-13-3691-PJH